UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

KEN FLANNERY,  )
 )
        Petitioner,  )
v.  )  No. 1:06-cv-1756-SEB-JMS
 )
AL C. PARKE, Superintendent,  )
 )
        Respondent.  )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 05/03/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov

Ken Flannery
DOC #103892
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135-9275